IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HARRY PRZEKOP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 13 C 1513 |
| v. ) | |
| ) | Judge Mason |
| COOK COUNTY, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION TO DISMISS**

Plaintiff Harry Przekop and Defendant Cook County d/b/a Cermak Health Services, by their respective attorneys, hereby stipulate that pursuant to a settlement agreement executed by all parties to this action, this case should be dismissed with prejudice with each side bearing its own costs and attorneys fees.

Respectfully submitted,

/s/ Adele D. Nicholas          /s/ Andrew J. Creighton
*Counsel for Plaintiff*           *Counsel for Defendant*

Law Office of Adele D. Nicholas     Cook County States Attorneys Office
4510 N. Paulina Street, 3E          500 Richard J. Daley Center
Chicago, Illinois 60640             Chicago, Illinois 60602